NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

RICKY LEON BAXTER, )
)
    Appellant, )
)
v. )    Case No. 2D18-3518
)
STATE OF FLORIDA, )
)
    Appellee. )
_____)

Opinion filed March 20, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Pinellas County; William H. Burgess,
Judge.


PER CURIAM.

      Affirmed.  See §§ 775.082(3)(a), 812.13(2)(a), Fla. Stat. (1981); Tucker v. State, 726 So. 2d 768 (Fla. 1999); Strickland v. State, 437 So. 2d 150 (Fla. 1983); Baxter v. State, 222 So. 3d 1214 (Fla. 2d DCA 2017) (table decision); Baxter v. State, 206 So. 3d 699 (Fla. 2d DCA 2015) (table decision); Daniel v. State, 935 So. 2d 1240 (Fla. 2d DCA 2006); Collins v. State, 800 So. 2d 660 (Fla. 2d DCA 2001); Harris v. State, 777 So. 2d 994 (Fla. 2d DCA 2000).


NORTHCUTT, SALARIO, and ROTHSTEIN-YOUAKIM, JJ., Concur.